Lucas Buckley (Wyo. Bar #6-3997)
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
Phone:  307-634-7723
Fax:  307-634-0985
lbuckley@hkwyolaw.com

John Allen Yates (*pro hac*)
Texas Bar No. 24056569
Brooks David Tueting (*pro hac*)
Texas Bar No. 24083991
PATTERSON + SHERIDAN LLP
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
Tel: (713) 623-4844
Fax: (713) 623-4846
jyates@pattersonsheridan.com
btueting@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNIVERSITY OF WYOMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:25-cv-00290 |
| | ) | |
| ACU ENERGY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PLEADINGS**

**COMES NOW**, Plaintiff the University of Wyoming, by and through its undersigned counsel, and hereby requests an extension of time to file dismissal pleadings. In support of this motion, Plaintiff states as follows:

1) On April 6, 2026, Counsel for Plaintiff provided verbal notice of settlement with the Court.

2)  On April 6, 2026, the Court issued a Text Order requiring the parties to file dismissal pleadings on or before May 6, 2026.

3)  The parties are currently in the process of finalizing the settlement agreement and seek an additional two weeks to review the agreement.

4)  This is the first request for an extension of time to file the dismissal pleading.

5)  Counsel does not expect that a dismissal will not be forthcoming, but simply asks for limited additional time to allow for a dismissal to be filed without further burdening the Court's or the parties' resources.

6)  Counsel for Plaintiff has conferred with Counsel for Defendant who do not oppose this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order granting its Motion for Extension of Time, and extending the deadline to file a dismissal pleading by two weeks up to and including May 20, 2026.

DATED this 6th day of May, 2026.

UNIVERSITY OF WYOMING., PLAINTIFF

*/s/ Lucas Buckley*
Lucas Buckley (Wyo. Bar #6-3997)
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
Phone:  307-634-7723
Fax:  307-634-0985
lbuckley@hkwyolaw.com

John Allen Yates (*pro hac*)
Texas Bar No. 24056569
Brooks David Tueting (*pro hac*)
Texas Bar No. 24083991
PATTERSON + SHERIDAN LLP
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
Tel: (713) 623-4844
Fax: (713) 623-4846
jyates@pattersonsheridan.com
btueting@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of May 2026, a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF.


*/s/ Candice Hough*
Hathaway & Kunz, LLP