IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNIVERSITY OF WYOMING,         )
                                    )
     Plaintiff,                  )
                                    )
v.                            )   Civil Action No.   1:25-cv-00290-SWS
                                    )
ACU ENERGY LLC,              )
                                    )
     Defendant.               )

## FINAL JUDGMENT

This matter came before the Court on the Parties' Joint Motion for Entry of Final Judgment. Plaintiff the University of Wyoming and Defendant ACU Energy LLC stipulate to the entry of this Final Judgment, pursuant to a settlement agreement among the Parties. The Court reviewed this matter and issued a written order, which is fully incorporated herein by this reference. Pursuant to the Court's order, and under Fed. R. Civ. P. 58:

**JUDGMENT** is hereby entered in the University of Wyoming's favor and against ACU Energy LLC for ONE-MILLION-TWO-HUNDRED-FIFTY-THOUSAND US DOLLARS (US $1,250,000) plus post-judgment interest at the rate listed on the District of Wyoming website as of the day this judgment is entered.

Dated this ___ day of May, 2026.


Entered:    Margaret Botkins
                Clerk of Court

_____
Deputy Clerk of Court